```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

UNITED STATES OF AMERICA,         )
                                  )
    Plaintiff,                    )
                                  )       Criminal Case No.
v.                                )          11-CR-23-JMH
                                  )
DANIEL LARIOS-VILLATORIO,         )
                                  )    **MEMORANDUM OPINION & ORDER**
    Defendant.                    )

                                 ***

Defendant has timely filed a pro se Motion for Pauper Status [DE 33], properly supported by an Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis. The Court being adequately advised,

**IT IS ORDERED** that the Motion for Pauper Status [DE 33] is **GRANTED.**

This the 15th day of November, 2012.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

1